| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | CASE NUMBER (Tran. Court) 2:13CR00575-01 |
|---|---|---|
| | | CASE NUMBER (Rec. Court) 18CR10140 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Michael Mateja 1607 Salem Street North Andover, MA 01845 | DISTRICT Eastern District of Pennsylvania | DIVISION Philadelphia |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Michael M. Baylson | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 12/6/16 — TO 12/5/19 |

**OFFENSE**

Wire fraud; aiding and abetting (Count One); and obstruction of justice; aiding and abetting (Count Two)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern District of Pennsylvania

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer named above be transferred with the records of the Court to the United States District Court for the **District of Massachusetts** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

4/26/18
Date

United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **District of Massachusetts**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/2/18
Effective Date

United States District Judge