# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
## CRIMINAL DOCKET FOR CASE #: 2:13-cr-00575-MMB-1

Case title: USA v. MATEJA et al

Date Filed: 10/22/2013
Date Terminated: 06/19/2014

Assigned to: HONORABLE MICHAEL M. BAYLSON

Appeals court case numbers: 16-2579 USCA FOR THE THIRD CIRCUIT, 16-3968 USCA FOR THE THIRD CIRCUIT

**Defendant (1)**

MICHAEL MATEJA
*TERMINATED: 06/19/2014*

represented by MICHAEL MATEJA
71081-066
1607 SALEM STREET
NORTH ANDOVER, MA 01845
PRO SE

JOHN J. WALDRON
HUBER, WALDRON & WILLIAMS LLP
801 HAMILTON STREET
SUITE 500
ALLENTOWN, PA 18101
610-435-9790
Email: jwaldron@hwwfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

**Pending Counts**

18:1343, 1349, WIRE FRAUD AND;
18:2 AIDING & ABETTING
(1)

**Disposition**

IMPRISONMENT: 33 MONTHS;
SUPERVISED RELEASE: 3 YEARS;
RESTITUTION: $818,903.00; SPECIAL ASSESSMENT: $200

| | |
|---|---|
| 18:1505 OBSTRUCTION OF JUSTICE AND; 18:2 AIDING & ABETTING (2) | IMPRISONMENT: 33 MONTHS; SUPERVISED RELEASE: 3 YEARS; RESTITUTION: $818,903.00; SPECIAL ASSESSMENT: $200 |

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                       **Disposition**

None

---

**Plaintiff**

USA                         represented by    **ANDREW J. SCHELL**
                                              U.S. ATTORNEY'S OFFICE ED-PA
                                              615 CHESTNUT ST., SUITE 1250
                                              PHILADELPHIA, PA 19106
                                              215-861-8646
                                              Email: andrew.schell@usdoj.gov
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*
                                              *Designation: Assistant US Attorney*

                                              **DAVID AXELROD**
                                              SECURITIES AND EXCHANGE
                                              COMMISSION
                                              1617 JFK BOULEVARD
                                              SUITE 520
                                              PHILADELPHIA, PA 19103
                                              215-861-9625
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*
                                              *Designation: Assistant US Attorney*

                                              **BERNADETTE MCKEON**
                                              UNITED STATES ATTORNEY'S

OFFICE  
615 CHESTNUT STREET  
SUITE 1250  
PHILADELPHIA, PA 19106  
215-861-8326  
Fax: 215-861-8233  
Email: bernadette.mckeon2@usdoj.gov  
*ATTORNEY TO BE NOTICED*  
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/22/2013 | 1 | INFORMATION as to MICHAEL MATEJA (1) count(s) 1, 2, SAMUEL PULEO (2) count(s) 1, MATTHEW MORGAN (4) count(s) 1, 2. (Attachments: # 1 Designation Form) (ks, ) (Entered: 10/23/2013) |
| 12/09/2013 | 3 | NOTICE OF HEARING as to MICHAEL MATEJA Arraignment/Plea set for 12/19/2013 10:30 AM in COURTROOM 3A before HONORABLE MICHAEL M. BAYLSON. (jlz, ) (Entered: 12/09/2013) |
| 12/11/2013 | 7 | NOTICE OF HEARING as to MICHAEL MATEJA Arraignment/Plea set for 12/19/2013 12:30 PM in COURTROOM 3A before HONORABLE MICHAEL M. BAYLSON (Time change only). (jlz, ) (Entered: 12/11/2013) |
| 12/19/2013 | 9 | NOTICE Regarding United States Passport for Criminal Defendant as to MICHAEL MATEJA (ap, ) (Entered: 12/19/2013) |
| 12/19/2013 | 13 | Minute Entry for proceedings held before HONORABLE MICHAEL M. BAYLSON: Arraignment as to MICHAEL MATEJA (1) Count 1,2 held on 12/19/2013. Deft sworn. Judge colloquies Deft. Deft waives prosecution by Indictment. Deft pleads GUILTY to Counts 1 and 2 of the Information. Judge accepts plea of guilty. The Court finds deft guilty. PSR ordered. Sentencing set for 4/10/2014 at 4:00 p.m., Conditions of bail set. Court Reporter ESR.(tomg, ) (Entered: 12/20/2013) |
| 12/19/2013 | 14 | WAIVER OF INDICTMENT as to MICHAEL MATEJA (tomg, ) (Entered: 12/20/2013) |
| 12/19/2013 | 15 | Plea Document as to MICHAEL MATEJA (tomg, ) (Entered: 12/20/2013) |
| 12/19/2013 | | O/R Bond Entered as to MICHAEL MATEJA in amount of $ 10,000. (tomg, ) (Entered: 12/20/2013) |
| 12/20/2013 | 16 | ORDER SETTING CONDITIONS OF RELEASE AS TO MICHAEL MATEJA (1) THAT THE DEFT IS RELEASED ON BAIL IN THE TOTAL AMOUNT OF $10,000 O/R WITH THE FOLLOWING CONDITIONS AS OUTLINED HEREIN. Signed by HONORABLE MICHAEL M. BAYLSON on 12/19/2013.12 /20/2013 Entered and Copies E-Mailed. (tomg, ) (Entered: 12/20/2013) |

| 12/27/2013 | 20 | NOTICE OF HEARING as to MICHAEL MATEJA Sentencing set for 4/10/2014 04:00 PM in COURTROOM 3A before HONORABLE MICHAEL M. BAYLSON. (jlz, ) (Entered: 12/27/2013) |
|---|---|---|
| 01/09/2014 | 21 | First MOTION to Modify Conditions of Release by MICHAEL MATEJA , CERTIFICATE OF SERVICE. (WALDRON, JOHN) Modified on 1/10/2014 (ke, ). (Entered: 01/09/2014) |
| 01/10/2014 | 22 | ORDER as to MICHAEL MATEJA (1) THAT THE DEFENDANT'S BAIL IS SET AT $10,000 O/R WITH THE FOLLOWING CONDITIONS OF RELEASE AS OUTLINED HEREIN. Signed by HONORABLE MICHAEL M. BAYLSON on 1/10/2014.1/10/2014 ENTERED AND COPIES E-MAILED.(ap, ) (Entered: 01/10/2014) |
| 02/21/2014 | 34 | NOTICE OF HEARING as to MICHAEL MATEJA Sentencing set for 4/10/2014 11:00 AM in COURTROOM 3A before HONORABLE MICHAEL M. BAYLSON. (jlz, ) (Entered: 02/21/2014) |
| 04/02/2014 | 37 | MOTION FOR CONTINUANCE OF SENTENCING by MICHAEL MATEJA. (WALDRON, JOHN) (Entered: 04/02/2014) |
| 04/03/2014 | 38 | ORDER AS TO MICHAEL MATEJA THAT THE TRIAL CURRENTLY SCHEDULED FOR APRIL 10, 2014 IS CONTINUED FOR SIXTY DAYS AND IS RESCHEDULED FOR JUNE 16, 2014 AT 4:00 PM. Signed by HONORABLE MICHAEL M. BAYLSON on 4/3/2014; 4/3/2014 Entered and Copies E-Mailed.(ke) (Entered: 04/03/2014) |
| 04/04/2014 | 39 | NOTICE OF HEARING as to MICHAEL MATEJA Sentencing set for 6/16/2014 04:00 PM in COURTROOM 3A before HONORABLE MICHAEL M. BAYLSON. (jlz, ) (Entered: 04/04/2014) |
| 06/06/2014 | 53 | SENTENCING MEMORANDUM by USA as to MICHAEL MATEJA (AXELROD, DAVID) (Entered: 06/06/2014) |
| 06/11/2014 | 55 | NOTICE OF HEARING as to MICHAEL MATEJA Sentencing set for 6/16/2014 02:00 PM in COURTROOM 3A before HONORABLE MICHAEL M. BAYLSON.(jlz, ) (Entered: 06/11/2014) |
| 06/13/2014 | 56 | SENTENCING MEMORANDUM Certificate of Service by MICHAEL MATEJA (WALDRON, JOHN) (Entered: 06/13/2014) |
| 06/17/2014 | 57 | Minute Entry for proceedings held before HONORABLE MICHAEL M. BAYLSON: Sentencing held on 6/16/2014 for MICHAEL MATEJA (1), Count(s) 1, 2, IMPRISONMENT: 33 MONTHS; SUPERVISED RELEASE: 3 YEARS; RESTITUTION: $818,903.00; SPECIAL ASSESSMENT: $200. Deft is advised of rights to appeal. Court Reporter ESR.(tomg, ) Modified on 6/17/2014 (tomg, ). (Entered: 06/17/2014) |
| 06/19/2014 | 58 | JUDGMENT AS TO MICHAEL MATEJA (1), Count(s) 1, 2, IMPRISONMENT: 33 MONTHS; SUPERVISED RELEASE: 3 YEARS; RESTITUTION: $818,903.00; SPECIAL ASSESSMENT: $200. Signed by HONORABLE |

| | | |
|---|---|---|
| | | MICHAEL M. BAYLSON on 6/18/14.6/19/14 Entered and Copies Mailed, E-Mailed BY CHAMBERS. (ke) (Entered: 06/19/2014) |
| 07/03/2014 | 59 | MOTION TO MODIFY RESTITUTION by MICHAEL MATEJA, CERTIFICATE OF SERVICE. (WALDRON, JOHN) Modified on 7/7/2014 (ke, ). (Entered: 07/03/2014) |
| 07/08/2014 | 60 | TRANSCRIPT of SENTENCING HEARING as to MICHAEL MATEJA held on 6/16/2014, before Judge MICHAEL M. BAYLSON. (tomg, ) (Entered: 07/08/2014) |
| 08/04/2014 | 62 | RESPONSE to Motion by USA as to MICHAEL MATEJA re 59 MOTION TO MODIFY RESTITUTION (AXELROD, DAVID) (Entered: 08/04/2014) |
| 08/06/2014 | 64 | ORDER RE: 59 MOTION TO MODIFY AS TO MICHAEL MATEJA (1) THAT THE AMOUNT OF RESTITUTION SHALL BE MODIFIED TO THE AMOUNT OF $790,553. Signed by HONORABLE MICHAEL M. BAYLSON on 8/6/2014; 8/7/2014 ENTERED AND COPIES E-MAILED.(tjd) (Entered: 08/07/2014) |
| 11/09/2015 | 66 | (PRO SE) MOTION to Reduce Sentence re: 782 Amendment by MICHAEL MATEJA. (tomg, ) (Entered: 11/10/2015) |
| 11/09/2015 | 67 | NOTICE re: 782 Amendment as to MICHAEL MATEJA. (tomg, ) (Entered: 11/10/2015) |
| 12/02/2015 | 68 | ORDER AS TO MICHAEL MATEJA (1) THAT THE DEFT'S MOTION FOR MODIFICATION AND REDUCTION OF SENTENCE (DOC. #66) IS DENIED FOR REASONS STATED IN LETTER DATED 11/19/2015 FROM THE FEDERAL DEFENDER. Signed by HONORABLE MICHAEL M. BAYLSON on 12/2/2015.12/3/2015 ENTERED AND COPIES MAILED TO PRO SE, E-MAILED.(tomg, ) (Entered: 12/03/2015) |
| 12/07/2015 | 69 | RESPONSE to Motion by USA as to MICHAEL MATEJA re 66 MOTION to Reduce Sentence re: 782 Amendment filed by USA . CERTIFICATE OF SERVICE. (MCKEON, BERNADETTE) Modified on 12/8/2015 (ap, ). (Entered: 12/07/2015) |
| 12/17/2015 | 70 | ORDER AS TO MICHAEL MATEJA THAT THE PRO SE MOTION FOR REDUCTION OF SENTENCE IS DENIED FOR THE REASONS SET FORTH IN THE GOVT'S RESPONSE. Signed by HONORABLE MICHAEL M. BAYLSON on 12/17/2015.12/17/2015 Entered and Copies Mailed, E-Mailed. (tomg, ) (Entered: 12/17/2015) |
| 12/17/2015 | 71 | (PRO SE) REPLY TO GOVT'S RESPONSE by MICHAEL MATEJA (tomg, ) (Entered: 12/17/2015) |
| 12/17/2015 | 72 | AMENDED ORDER AS TO MICHAEL MATEJA THAT THE COURT WILL DENY THE MOTION FOR THE REASONS STATED IN THE GOVT'S BRIEF. Signed by HONORABLE MICHAEL M. BAYLSON on 12/17/2015.12/18/2015 Entered and Copies Mailed to pro se, E-Mailed. (tomg, ) (Entered: 12/18/2015) |

| | | |
|---|---|---|
| 12/28/2015 | 73 | (PRO SE) MOTION FOR EXTENSION OF TIME TO FILE 2255 TO 4/15/2016; 28:2255(f) BY MICHAEL MATEJA. (tomg, ) (Entered: 12/28/2015) |
| 01/28/2016 | 74 | ORDER AS TO MICHAEL MATEJA THAT THE DEFT'S MOTION TO EXTEND THE DEADLINE TO FILE A MOTION FOR POST-CONVICTION RELIEF UNDER 28:2255 TO 4/15/2016 (DOC. #73) IS GRANTED. Signed by HONORABLE MICHAEL M. BAYLSON on 1/28/2016.1/28/2016 Entered and Copies Mailed, E-Mailed. (tomg, ) (Entered: 01/28/2016) |
| 04/07/2016 | 75 | MOTION to Vacate/Set Aside/Correct Sentence (2255) under 28 U.S.C. 2255 ( Civil Action 16-1594.) by MICHAEL MATEJA. (Attachments: # 1 Appendix) (eibo, ) (Entered: 04/07/2016) |
| 04/11/2016 | 76 | (PRO SE) MOTION TO SEEK BAIL by MICHAEL MATEJA. (tomg, ) (Entered: 04/11/2016) |
| 04/15/2016 | 77 | NOTICE OF ATTORNEY APPEARANCE ANDREW J. SCHELL appearing for USA. (SCHELL, ANDREW) (Entered: 04/15/2016) |
| 04/20/2016 | 78 | ORDER AS TO MICHAEL MATEJA THAT THE CLERK OF COURT SHALL PROMPTLY FURNISH PETITIONER WITH A BLANK COPY OF THIS COURT'S CURRENT STANDARD FORM FOR FILING A PETITION PURSUANT TO 28:2255 BEARING THE ABOVE-CAPTIONED CRIMINAL ACTION NUMBER; AND PETITIONER SHALL COMPLETE THIS FORM, SIGN THE COMPLETED PETITION AND RETURN IN WITHIN 30 DAYS OF THE DATE OF THIS ORDER, FAILING WHICH THIS MATTER WILL BE DISMISSED WITHOUT FURTHER NOTICE TO PETITIONER. Signed by HONORABLE MICHAEL M. BAYLSON on 4/20/2016.4/20/2016 Entered and Copies Mailed to pro se, E-Mailed. (tomg, ) (Entered: 04/20/2016) |
| 04/20/2016 | 79 | ORDER denying 76 MOTION TO SEEK BAIL as to MICHAEL MATEJA (1). Signed by HONORABLE MICHAEL M. BAYLSON on 4/19/2016.4/20/2016 ENTERED AND COPIES MAILED TO PRO SE, E-MAILED.(tomg, ) (Entered: 04/20/2016) |
| 04/20/2016 | | COPY OF THIS COURT'S ORIGINAL 2255 FORM WITH A COPY OF ORDERS #78 AND #79 SENT TO MICHAEL MATEJA (tomg, ) (Entered: 04/20/2016) |
| 04/29/2016 | 80 | (PRO SE) MOTION ON CORRECTED FORMS to Vacate/Set Aside/Correct Sentence (2255) under 28 U.S.C. 2255 ( Civil Action 16-1594.) by MICHAEL MATEJA. (tomg, ) (Entered: 05/02/2016) |
| 05/05/2016 | 81 | (PRO SE) MOTION TO CORRECT ERROR PURSUANT TO RULE 36 by MICHAEL MATEJA. (tomg, ) (Entered: 05/05/2016) |
| 05/16/2016 | 82 | TRANSCRIPT OF ARRAIGNMENT/CHANGE OF PLEA HEARING held on 12/19/2013, before Judge MICHAEL M. BAYLSON. Court Reporter: ESR. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript |

| | | |
|---|---|---|
| | | Restriction. After that date it may be obtained through PACER. Redaction Request due 6/6/2016. Redacted Transcript Deadline set for 6/16/2016. Release of Transcript Restriction set for 8/15/2016. (tomg, ) (Entered: 05/17/2016) |
| 05/16/2016 | 83 | Notice of Filing of Official Transcript with Certificate of Service re 82 Transcript - PDF, 5/17/2016 Entered and Copies E-mailed and Mailed to pro se. (tomg, ) (Entered: 05/17/2016) |
| 05/17/2016 | 84 | (PRO SE) NOTICE OF APPEAL by MICHAEL MATEJA re 79 Order on Motion for Bail (tomg, ) (Entered: 05/23/2016) |
| 05/23/2016 | 85 | Clerk's Notice to USCA re 84 Notice of Appeal - Final Judgment : (tomg, ) (Entered: 05/23/2016) |
| 05/24/2016 | | USCA Appeal Fees received $ 505, receipt number PPE140844 as to MICHAEL MATEJA re 84 Notice of Appeal - Final Judgment : (tomg, ) (Entered: 05/24/2016) |
| 05/24/2016 | 86 | ORDER AS TO MICHAEL MATEJA THAT THE GOVT SHALL RESPOND TO DEFT'S MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE REDUCTION OF SENTENCE PURSUANT TO 28:2255 WITHIN 60 DAYS. Signed by HONORABLE LAWRENCE F. STENGEL on 5/24/2016.5/24/2016 Entered and Copies Mailed to pro se, E-Mailed. (tomg, ) Modified on 5/25/2016 (ke, ). (Entered: 05/24/2016) |
| 05/25/2016 | | NOTICE of Docketing Record on Appeal from USCA as to MICHAEL MATEJA re 84 Notice of Appeal - Final Judgment filed by MICHAEL MATEJA. USCA Case Number 16-2579 (tomg, ) (Entered: 05/25/2016) |
| 06/08/2016 | 87 | RESPONSE in Opposition as to MICHALE MATEJA re 75 MOTION to Vacate/Set Aside/Correct Sentence (2255) under 28 U.S.C. 2255 ( Civil Action 16-1594.) *Certificate of Service* filed by USA (Attachments: # 1 Exhibit) (SCHELL, ANDREW) Modified on 6/9/2016 (ap, ). (Entered: 06/08/2016) |
| 06/13/2016 | 88 | (PRO SE) MOTION TO DEFER RULING PENDING RECEIPT FROM THE PETITIONER OF A REPLY by MICHAEL MATEJA. (tomg, ) (Entered: 06/13/2016) |
| 07/08/2016 | 89 | (PRO SE) REPLY TO GOVT'S ANSWER TO PETITION UNDER 28:2255 by MICHAEL MATEJA (tomg, ) (Entered: 07/08/2016) |
| 09/06/2016 | 90 | MANDATE of USCA (certified copy) as to MICHAEL MATEJA re 84 Notice of Appeal - Final Judgment THAT THE FOREGOING MOTION FOR BAIL IS DENIED PURSUANT TO 3d Cir.LAR9.1. (tomg, ) (Entered: 09/06/2016) |
| 10/13/2016 | 91 | ORDER AS TO MICHAEL MATEJA (1) THAT THE DEFT'S PETITION FOR POST-CONVICTION RELIEF IS DENIED. THERE ARE NO GROUNDS FOR A CERTIFICATE OF APPEALABILITY. THE CLERK SHALL CLOSE THIS CASE.. Signed by HONORABLE MICHAEL M. BAYLSON on 10/13/2016.10/14/2016 ENTERED AND COPIES MAILED TO DEFT, E-MAILED.(tomg, ) (Entered: 10/14/2016) |

| 10/22/2016 | 92 | (PRO SE) NOTICE OF APPEAL by MICHAEL MATEJA re 91 Order on Motion to Vacate (2255),, Order on Motion to Amend/Correct,, Order on Motion for Miscellaneous Relief, (tomg, ) (Entered: 10/26/2016) |
|---|---|---|
| 10/31/2016 | | NOTICE of Docketing Record on Appeal from USCA as to MICHAEL MATEJA re 92 Notice of Appeal - Final Judgment filed by MICHAEL MATEJA. USCA Case Number 16-3968 (tomg, ) (Entered: 10/31/2016) |
| 11/15/2016 | | USCA Appeal Fees received $ 505, receipt number PPE150071 as to MICHAEL MATEJA re 92 Notice of Appeal - Final Judgment : (tomg, ) (Entered: 11/15/2016) |
| 02/09/2017 | 94 | MANDATE of USCA (certified copy) as to MICHAEL MATEJA re 92 Notice of Appeal - Final Judgment THAT THE REQUEST FOR A CERTIFICATE OF APPEALABILITY IS DENIED BECAUSE NO JURIST OF REASON WOULD DISPUTE THE DISTRICT COURT'S DETERMINATION THAT APPELLANT'S PETITION IS TIME-BARRED, ETC. (tomg, ) (Entered: 02/09/2017) |
| 04/03/2017 | 99 | NOTICE Regarding United States Passport for Criminal Defendant as to MICHAEL MATEJA (tomg, ) (Entered: 04/03/2017) |
| 04/03/2017 | 100 | ORDER AS TO MICHAEL MATEJA THAT THE PASSPORT SURRENDERED BY THE ABOVE-NAMED DEFT BE FORWARDED TO THE UNITED STATES DEPARTMENT OF STATE, CA/PPT/L/LA 44132 MERCURE CIRCLE, PO BOX 1227, STERLING, VA 20166-1227. Signed by HONORABLE MICHAEL M. BAYLSON on 4/3/2017.4/3/2017 Entered and Copies E-Mailed. (tomg, ) (Entered: 04/03/2017) |
| 05/03/2018 | 102 | Probation Jurisdiction Transferred to DISTRICT OF MASSACHUSETTS as to MICHAEL MATEJA Transmitted Transfer of Jurisdiction form, with certified copies of Information, Judgment and Docket Sheet. (ke) (Entered: 05/03/2018) |
| 05/03/2018 | | Transfer as to MICHAEL MATEJA to the District of Massachusetts. (eibo, ) (Entered: 05/03/2018) |

| PACER Service Center |||||
|---|---|---|---|---|
| Transaction Receipt |||||
| 05/04/2018 12:45:50 |||||
| PACER Login: | maddc8074:4001889:0 | Client Code: | | |
| Description: | Docket Report | Search Criteria: | 2:13-cr-00575-MMB | |
| Billable Pages: | 5 | Cost: | 0.50 | |